■ STANLEY A. SMYCZYNSKI, Appellant, v GENESIS MARKETING GROUP OF AMERICA, INC., et al., Respondents. [632 NYS2d

1014] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Doyle, J. (Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present—Green, J. P., Lawton, Callahan, Balio and Boehm, JJ.